1

2

3

4

5

6              UNITED STATES DISTRICT COURT

7             EASTERN DISTRICT OF CALIFORNIA

8

9   MIKA CHRISTINA ALFARO,

10                                      NO. CIV. S-07-0363   FCD/DAD   PS
         Plaintiff,

11
        v.                              ORDER
12
    CITI BANK,
13

14         Defendant.
    _____/
15

        It appearing to the undersigned, the judge to whom this case is presently assigned for all

16  purposes, that the provisions of § 455 of Title 28 of the United States Code mandate the

17  disqualification of the undersigned;

18      IT IS HEREBY ORDERED that:

19      1.    The undersigned recuses himself as the judge to whom this case is assigned;

20         IT IS SO ORDERED.

21  DATED: March 28, 2007.

22      This case is reassigned to United States District Judge Garland E. Burrell, Jr.

23      IT IS SO ORDERED.

24  DATED: March 28, 2007

25
                                   /s/ David F. Levi
26                                 DAVID F. LEVI
                                   CHIEF JUDGE
27                                 UNITED STATES DISTRICT COURT

28