IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

        Plaintiff,                2:07-cv-0363-GEB-DAD-PS

    vs.

CITI BANK,

        Defendant.        <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 19, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed April 19, 2007, are adopted in full;

2. Plaintiff's February 23, 2007 application to proceed in forma pauperis is denied; and

3. This action is dismissed with prejudice for lack of subject matter jurisdiction.

Dated: May 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge