IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIKA CHRISTINA ALFARO,

    Plaintiff,                         No. CIV S-07-0363 GEB DAD PS

    vs.

CITI BANK,                              <u>ORDER</u>

    Defendant.

_____/

        This action was dismissed for lack of subject matter jurisdiction on May 25, 2007. On July 10, 2007, plaintiff filed a state court form titled "Rejection of Arbitration Award and Request for Trial de Novo." Plaintiff has filed numerous frivolous cases in this court and has been advised more than once that documents may not be filed in closed cases except as permitted by the Federal Rules of Civil Procedure. Plaintiff's July 10, 2007 filing has not been submitted pursuant to any rule and will be disregarded. No orders will issue in response to future documents improperly submitted for filing in this closed case. IT IS SO ORDERED.

DATED: July 11, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\alfaro0363.closed